UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE LEWIS, | No. C 09-00869 JCS |
| Plaintiff(s), | **ORDER TO SERVE COMPLAINT AND ORDER TO SHOW CAUSE** |
| v. | |
| NEW UNITED MOTORS CORP., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 5, 2009, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that the Plaintiff shall serve the complaint by **July 3, 2009.** If Plaintiff has not served the complaint by that day this action will be dismissed.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall appear, in person, on **July 31, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on June 5, 2009, and for failure to prosecute this action. A case management conference is also scheduled for July 31, 2009, at 1:30 p.m. Plaintiff's failure to appear on the above date will result in a dismissal of this action.

IT IS SO ORDERED.

Dated: June 8, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge