United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE P. LEWIS, | No. C 09-00869 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| NEW UNITED MOTORS CORP., | |
| Defendant(s). | |

On April 16, 2010, a Status hearing re: Default was held.

IT IS HEREBY FURTHER ORDERED that Plaintiff appear on **May 21, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated: April 19, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge