UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNADETTE LEWIS,<br><br>    Plaintiff in Propia Persona,<br><br>v.<br><br>NEW UNITED MOTORS CORP.,<br><br>    Defendant.<br>_____/ | No. C 09-0869 JCS<br><br>**ORDER ASSIGNING CASE TO ASSISTED MEDIATION PROGRAM** |

Plaintiff in this case has applied to participate in the court's Assisted Mediation Program. Based on the court's review of plaintiff's Application for Assisted Mediation, Declaration in Support of Application for Assisted Mediation and additional application materials, and plaintiff's acknowledgment that she has reviewed the description of the Assisted Mediation Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Mediation Counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Mediation Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(c) and 6-3(d);

2. That Special Mediation Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and mediation of this case; and

3. That the mediation shall be completed no later than April 29, 2011.

IT IS SO ORDERED.

January 4, 2011
Date

Joseph C. Spero
United States Magistrate Judge