UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BERNADETTE LEWIS,<br><br>    Plaintiff in Propia Persona,<br><br>    v.<br><br>NEW UNITED MOTORS CORP.,<br><br>    Defendant.<br>_____/ | No. C 09-0869 JCS<br><br>**ORDER APPOINTING SPECIAL MEDIATION COUNSEL** |

The court having ordered that this case be assigned to the Assisted Mediation Program, plaintiff having requested and being in need of counsel to assist her in the mediation, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the mediation having been located by the court,

IT IS HEREBY ORDERED THAT:

Aaron Silberman
Rogers, Joseph, O'Donnell & Phillips
311 California Street
San Francisco, CA  94104
Phone: 415-956-2828
415-365-5339 (direct)
asilberman @rjop.com

is appointed as Special Mediation Counsel.  This appointment shall be pursuant to the terms of the Application and Declaration of plaintiff to participate in the Assisted Mediation Program.  This appointment and limited representation shall end upon the completion of the mediation and any

////

follow-up activities agreed upon by the parties and the mediator, unless terminated earlier by the court.

Special Mediation Counsel shall notify the court promptly upon the completion of the mediation and any follow-up activities. The court shall then issue an order relieving the Special Mediation Counsel from her limited representation of the plaintiff. Thereafter, the attorney who has served as Special Mediation Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

February 4, 2011                         BY: _____
Date                                              Joseph C. Spero
                                                    United States Magistrate Judge