| | |
|---|---|
| 1 | ERIC C. BELLAFRONTO, Bar No. 162102 |
| | ebellafronto@littler.com |
| 2 | SUZANNE R. NESTOR, Bar No. 217984 |
| | snestor@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 50 W. San Fernando, 15th Floor |
| | San Jose, CA 95113.2303 |
| 5 | Telephone: 408.998.4150 |
| 6 | Attorneys for Defendant |
| | NEW UNITED MOTOR MANUFACTURING, |
| 7 | INC. (erroneously sued herein as NEW UNITED |
| | MOTORS CORP.) |
| 8 | |
| 9 | AARON PAUL SILBERMAN |
| | asilberman @rjop.com |
| 10 | ROGERS JOSEPH O'DONNELL & PHILLIPS |
| | 311 California Street |
| 11 | San Francisco, CA 94104 |
| 12 | Telephone: 415.956.2828 |
| | SPECIAL MEDIATION COUNSEL FOR |
| 13 | PLAINTIFF BERNADETTE LEWIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNADETTE LEWIS, | Case No. C 09-00869 JCS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING EARLY NEUTRAL EVALUATION DEADLINE** |
| v. | |
| NEW UNITED MOTORS CORP., | Judge: Joseph C. Spero |
| Defendants. | |

Pursuant to Federal Rules of Evidence 15(a)(3) and 16(b)(4), Plaintiff Bernadette Lewis and Defendant New United Motor Manufacturing, Inc. hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendant have agreed that it is in the interest of both parties to conserve both the Parties' and the Court's resources and attempt to resolve the matter through early Mediation;

STIP & ORDER CONTINUING MEDIATION DEADLINE

CASE NO C 09-00869 JCS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

WHEREAS, pursuant to the Court's Order requiring the Parties to complete Mediation by April 29, 2011, Counsel made all diligent efforts to schedule Mediation session with the assigned mediator, Sue Stott, Esq., for a date prior to the April 29, 2011 deadline. Due to calendar conflicts, however, the Parties were unable to do so;

WHEREAS, the Parties have agreed to participate in a Mediation on May 18, 2011, the earliest date on which all party representatives, counsel, and the evaluator are available;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** and based on the foregoing circumstances, request that the Court establish the following modified deadlines:

- Parties to complete Mediation by May 18, 2011;
- All prior modifications, if any, to the Scheduling to remain in effect unless ordered otherwise.

Dated: March 18, 2011

/s/
ERIC C. BELLAFRONTO
LITTLER MENDELSON, APC
Attorneys for Defendant NEW UNITED MOTOR MANUFACTURING, INC. (erroneously sued herein as NEW UNITED MOTORS CORP.)

Dated: March 18, 2011

/s/
AARON PAUL SILBERMAN
Special Mediation Counsel for Plaintiff
BERNADETTE LEWIS

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: March 21, 2011

JOSEPH C. SPERO
United States [Magistrate Judge]

*Judge Joseph C. Spero*

Firmwide:100676114.1 048320.1055

STIP & ORDER CONTINUING MEDIATION DEADLINE

2.

CASE NO. C 09-00869 JCS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150