1  ERIC C. BELLAFRONTO, Bar No. 162102
   ecbellafronto@littler.com
2  SUZANNE R. NESTOR, Bar No. 217984
   snestor@littler.com
3  ERICA H. KELLEY, Bar No. 221702
   ekelley@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
6  Telephone:    408.998.4150
   Facsimile:    408.288.5686

7

8  Attorneys for Defendants
   NEW UNITED MOTOR MANUFACTURING,
9  INC.

10  BERNADETTE LEWIS
    Plaintiff, *In Pro Per*

11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15  | BERNADETTE LEWIS, | Case No.  C 09-00869 JCS |
    |---|---|
    | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER** |
    | v. | |
    | NEW UNITED MOTORS CORP., | [FRCP 16(B)(4)] |
    | Defendant. | Judge:  Joseph C. Spero |

28

JOINT STIP TO MODIFY SCHEDULING
ORDER (NO.  C 09-00869 JCS)

1  Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Bernadette Lewis, *in pro per*, and Defendant New United Motor Manufacturing, Inc. ("NUMMI") hereby stipulate as follows:

WHEREAS, the Court's current Case Management Order set Non-Expert Discovery Cut-Off for May 2, 2011, and a Dispositive Motion filing Deadline for June 1, 2011, among other deadlines;

WHEREAS, Defendant timely served Plaintiff with written discovery requests for response, and timely noticed her deposition to take place before the discovery cut-off, on April 28 and 29, 2011;

WHEREAS, Plaintiff notified Defendant the day before the deposition that she has suffered a severe flare-up to a back injury and is unable to travel or appear for her deposition on the dates for which it was timely noticed and Plaintiff requested that Defendant consent to reschedule the deposition;

WHEREAS, the Parties are cooperating to address this issue and have agreed that Plaintiff's Deposition will take place on May 12, 2011 and May 13, 2011;

WHEREAS, the Parties agree that because Defendant has agreed to continue Plaintiff's deposition to accommodate Plaintiff's injury and inability to travel to appear for her deposition, Defendant will not be in a position to file a dispositive motion until after completing Plaintiff's deposition, and beyond the date by which dispositive motions currently are required to be filed in this matter;

WHEREAS, the Parties agree that it would Plaintiff would suffer physical harm if she were compelled to go forward with her deposition as scheduled and Defendant will be prejudiced if it were prohibited from filing a dispositive motion due to the inability to depose Plaintiff as a result of her health condition;

WHEREAS, the Parties have made only one prior request to modify the Case Management Order by stipulation, and then only as to the mediation cut-off deadline.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

JOINT STIP TO MODIFY SCHEDULING ORDER (NO. C 09-00869 JCS)   2.

1   **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**,
2   based on the foregoing circumstances, to request that the Court establish the following modified
3   deadlines:

4   **Discovery Cut-Off:** Defendant shall be permitted to conduct Plaintiff's deposition
5   on May 12, 2011 and May 13, 2011, beginning at 10:00 a.m. on each day.

6   **Dispositive Motion Filing Deadline:** The dispositive motion filing deadline shall be
7   continued to July 1, 2011, to allow the parties sufficient time to complete the deposition of Plaintiff
8   and file a dispositive motion.

Dated: April 27, 2011

_____
ERIC C. BELLAFRONTO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

Dated: April 28, 2011

_____
BERNADETTE LEWIS
PLAINTIFF, *IN PRO PER*

IT IS SO ORDERED.

Dated: May 2, 2011            /s/ Joseph C. Spero
                              THE HONORABLE JOSEPH C. SPERO
                              United States Magistrate Judge

Firmwide:101380371.1 048320.1055

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
408.998.4150

JOINT STIP TO MODIFY SCHEDULING
ORDER (NO. C 09-00869 JCS)            3.

1  ERIC C. BELLAFRONTO, Bar No. 162102
   ebellafronto@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA 95113.2303
4  Telephone: 408.998.4150

5  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING,
6  INC. (erroneously sued herein as NEW UNITED
   MOTORS CORP.)
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 BERNADETTE LEWIS,              | Case No. C09-00869 JCS
12         Plaintiff,             | **CERTIFICATE OF SERVICE**
13     v.
14 NEW UNITED MOTORS CORP.,
15         Defendant.

16
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

(CASE NO. C09-00869 JCS)                                CERTIFICATE OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 W. San Fernando, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 29, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER

in a sealed envelope, postage fully paid, addressed as follows:

Bernadette Lewis
10440 Humboldt Place
Stockton, CA 95209

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2011, at San Jose, California.

_____/s/_____
Pauline R. Lopez

Firmwide:101431249.1 048320.1055

(CASE NO. C09-00869 JCS)     2.     CERTIFICATE OF SERVICE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150